IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMBER WNEK, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v. | : | NO. 1:13-cv-00925-JEJ |
| | : | |
| INTEGRITY FINANCIAL PARTNERS, INC., | : | JURY TRIAL |
|     Defendant | : | DEMANDED |

## DEFENDANT INTEGRITY FINANCIAL PARTNERS, INC.'S MOTION FOR SUMMARY JUDGMENT

Defendant Integrity Solution Services, Inc. f/k/a Integrity Financial Partners, Inc. ("Integrity") by and through undersigned counsel, hereby moves this Court for summary judgment pursuant to Federal Rule of Civil Procedure 56 against Plaintiff on all claims. For the reasons set forth in Integrity's accompanying Memorandum in Support of its Motion for Summary Judgment, filed contemporaneously herewith, which Integrity adopts and incorporates herein, Integrity is entitled to, and requests, summary judgment in its favor and against Plaintiff.

This Motion is accompanied by a statement of facts pursuant to L.R. 56.1, and a Brief in Support of Motion for Summary Judgment (hereinafter "Brief in Support") has been filed contemporaneously with this Motion pursuant to L.R. 7.5.

        Respectfully submitted,

        FINEMAN KREKSTEIN & HARRIS, P.C.


By:   /s/ Richard J. Perr
       RICHARD J. PERR, ESQUIRE (PA 72883)
       BNY MELLON CENTER
       1735 Market Street, Suite 600
       Philadelphia, PA  19103-7513
       (v) 215-893-9300; (f) 215-893-8719
       Email: rperr@finemanlawfirm.com
       Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMBER WNEK, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 1:13-cv-00925-JEJ |
| | : | |
| INTEGRITY FINANCIAL PARTNERS, INC., | : | JURY TRIAL |
| Defendant | : | DEMANDED |

## CERTIFICATE OF NONCONCURRENCE

The undersigned sought concurrence in the motion from counsel for Plaintiff. Counsel for plaintiff does not concur with Defendant Integrity Financial Partners, Inc.'s Motion for Summary Judgment.

                                            FINEMAN KREKSTEIN & HARRIS, P.C.

                        By:  /s/ Richard J. Perr
                             RICHARD J. PERR, ESQUIRE (PA 72883)
                             BNY MELLON CENTER
                             1735 Market Street, Suite 600
                             Philadelphia, PA  19103-7513
                             (v) 215-893-9300; (f) 215-893-8719
                             Email: rperr@finemanlawfirm.com
                             Attorneys for Defendant

Dated:  November 1, 2013

## CERTIFICATE OF SERVICE

    I, RICHARD J. PERR, ESQUIRE, hereby certify that on or about this date, I served a true and correct copy of the foregoing electronically, or by first class mail, postage prepaid, or telecopy on the following:

>Brent F. Vullings, Esquire
>Vullings Law Group, LLC
>3953 Ridge Pike, Suite 102
>Collegeville, PA  19426
>(v) 610-489-6060; (f) 610-489-1997
>bvullings@vullingslaw.com
>        Attorneys for Plaintiff

               /S/ Richard J. Perr
               RICHARD J. PERR, ESQUIRE

Dated:  November 1, 2013