IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMBER WNEK, | : | 1:13-cv-925 |
| | : | |
| Plaintiff, | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| INTEGRITY FINANCIAL PARTNERS, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

### June 11, 2014

In conformity with the memorandum issued on today's date it is hereby

**ORDERED** that:

1. Integrity Financial Partners, Inc.'s Motion for Summary Judgment (Doc. 12) is **GRANTED** to the following extent:

    a. Counts I and II of Plaintiff's Complaint are **DISMISSED** with prejudice.

    b. Count III of Plaintiff's Complaint is **DISMISSED** without prejudice, as the Court declines to exercise supplemental jurisdiction pursuant to 28 U.S.C. § 1367(c)(3).

2. The Clerk of Court shall docket this case **CLOSED**.

s/ John E. Jones III
John E. Jones III
United States District Judge